IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY DWAYNE RUSSELL                                                    PLAINTIFF

V.                              CASE NO. 5:15-CV-5082

SHERIFF TIM HELDER; and
OFFICER MARSH                                                          DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 27) filed in this case on June 28, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 22) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 26th day of July, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE